IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Patrick Russell Parsons, | ) | No. CV 10-310-TUC-JMR |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Linda Sanders, | ) | |
| Respondent. | ) | |

Pending before the Court is a Petition for Writ of Habeas Corpus brought pursuant to 28 U.S.C. § 2241. Petitioner Patrick Russell Parsons filed the Petition on May 24, 2010 and Respondent answered on August 3, 2010. On December 20, 2010, after a thorough and well-documented analysis, Magistrate Judge Ferraro issued a Report and Recommendation ("R&R") to this Court. Neither party filed an objection to the R&R. Magistrate Judge Ferraro recommended that this Court dismiss the Petition for Writ of Habeas Corpus.

When there are no objections to the R&R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous or contrary to law.

1  Accordingly,

2  **IT IS ORDERED** that the Report and Recommendation of Magistrate Judge
3  Ferraro (Doc. 11) is **ADOPTED**.

4  **IT IS FURTHER ORDERED** that the Petition Under 28 U.S.C. § 2241 for a
5  Writ of Habeas Corpus (Doc. 1) is **DENIED** and this action is **DISMISSED WITH**
6  **PREJUDICE**.  The Clerk of Court is directed to enter judgment accordingly and dismiss
7  this case.

8  DATED this 25th day of January, 2011.

_____
Raner C. Collins
United States District Judge